# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

January 29, 2008

Charles R. Fulbruge III
Clerk

No. 07-30165

STEPHEN W SCHURMAN

Plaintiff - Appellee

V.

PANOLA HARRISON ELECTRIC COOPERATIVE INC

Defendant - Appellant

Appeal from the United States District Court
for the Western District of Louisiana, Shreveport
Cause No. 5:03-CV-1467

Before KING, DeMOSS, and SOUTHWICK, Circuit Judges.

PER CURIAM:[*]

AFFIRMED.  See 5th Cir. R. 47.6.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.